# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**QUINTERRIUS MOSES**                    **CIVIL ACTION NO. 19-0328**

**VS.**                                  **SECTION P**

                                         **JUDGE TERRY A. DOUGHTY**

**MIKE TUBBS, ET AL.**                   **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation [Doc. No. 22] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' Motion for Summary Judgment, [Doc. No 20], is **GRANTED** and that Plaintiff Quinterrius Moses's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies but **WITH PREJUDICE** for purposes of proceeding in forma pauperis under 28 U.S.C. § 1915.

MONROE, LOUISIANA, this 14th day of February, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE